No. 93–1508. Moseley et ux. v. Georgia et al. Sup. Ct. Ga. Certiorari denied.

No. 93–1526. Nelson v. Nelson. Super. Ct. Ga., Gwinnett County. Certiorari denied.

No. 93–1527. Rogers v. City of Inverness, Florida, et al. C. A. 11th Cir. Certiorari denied.

No. 93–1528. Clark v. Baltimore Municipal Golf Corp. et al. C. A. 4th Cir. Certiorari denied.

No. 93–1536. Ejay Travel, Inc., et al. v. Algemeen Burgerlijk Pensioenfonds. C. A. 3d Cir. Certiorari denied.

No. 93–1537. Kehs et al. v. Foster et al. C. A. 8th Cir. Certiorari denied.

No. 93–1541. Hall v. Hall; and
No. 93–1542. Camoscio v. Hall. Sup. Jud. Ct. Mass. Certiorari denied.

No. 93–1545. Ruscitti et al. v. Farmers Insurance Exchange. Ct. App. Colo. Certiorari denied.

No. 93–1546. Ray v. Peabody Institute of the Johns Hopkins University Conservatory of Music. C. A. 4th Cir. Certiorari denied.

No. 93–1548. Johnson, Individually and as Conservator of the Estate of Johnson, and as Next Best Friend of Johnson, a Minor v. Methodist Medical Center of Illinois. C. A. 7th Cir. Certiorari denied.

No. 93–1549. County of Westchester, New York v. Commissioner of Transportation of Connecticut et al. C. A. 2d Cir. Certiorari denied.

No. 93–1553. Boyd v. Goolsby et al. C. A. 5th Cir. Certiorari denied.

No. 93–1557. Lamb v. Union Carbide Corp. C. A. 4th Cir. Certiorari denied.